# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO REYNSO REBOLLAR,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:22-cv-01654-EPG-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO AMEND NAME AND DIRECTING CLERK OF COURT TO AMEND PETITIONER'S NAME<br><br>(ECF No. 10) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 30, 2023, the Court received the instant request to amend Petitioner's name. Petitioner states that his legal name is incorrectly stated on the docket and the petition due to an error on the part of the jailhouse lawyer who is assisting him. (ECF No. 10.)

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's request to amend name (ECF No. 10) is GRANTED; and
2. The Clerk of Court is DIRECTED to amend Petitioner's name to Ricardo Reynso Rebollar.

IT IS SO ORDERED.

Dated: **February 1, 2023**              /s/ *Erica P. Grosjean*
                                                                                          UNITED STATES MAGISTRATE JUDGE